# EXHIBIT A

<u>**CONTRACT FOR ADOPTION OF AGREEMENT WITH**</u>
<u>**OPERATIVE PLASTERERS AND CEMENT MASONS**</u>
<u>**INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 143**</u>

THIS AGREEMENT made and entered into this ___16___ day of ___April___ , 20_21_ by and between:

Employer: _Chuck's Excavating + Landscape Inc._

Address: _4519 Brubaker Rd_

City, State, Zip: _Salem, Ill  62881_

Telephone: (_618_) _548 5352_     (Fax) _618 548 4929_

(hereinafter the "EMPLOYER") and Local Union No. 143 of the Operative Plasterers and Cement Masons International Association of United States and Canada (hereinafter the "UNION").

WHEREAS, the UNION has entered into Master Collective Bargaining Agreements with various Employer Associations covering construction work within various geographical areas including the counties of: Alexander, Champaign, Clark, Clay, Coles, Crawford, Cumberland, Douglas, Edgar, Edwards, Effingham, Fayette, Ford, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Marion, Massac, Moultrie, Perry, Piatt, Pope, Pulaski, Randolph, Richland, Saline, Shelby, Union, Vermilion, Wabash, Washington, Wayne, White, Williamson and part of Clinton County; and,

WHEREAS, the EMPLOYER desires and is willing to adopt the provisions of the above described Master Collective Bargaining Agreements;

THEREFORE, IT IS HEREBY AGREED by and between the parties as follows:

1.  The EMPLOYER recognizes the UNION as the exclusive majority representative of all employees covered by this Agreement in the bargaining unit set forth in this Agreement pursuant to Section 9 (a) of the Labor Management Relations Act. This majority status has been established by the fact either (1) that the UNION has made an unequivocal demand for recognition as majority representative, the EMPLOYER has unequivocally recognized the UNION as the majority representative and the EMPLOYER'S unequivocal recognition is based on the fact that the UNION has shown the EMPLOYER evidentiary basis of this majority support in the bargaining as described by this Agreement, or (2) by virtue of a National Labor Relations Board Certification that the UNION is the majority representative in the bargaining unit described by the Agreement.

**EMPLOYER**

Chuck's Excavating + Landscape Inc.

Charles McLean
Name

President
Title

Charles McLean
Signature

**OPCMIA, LOCAL UNION NO. 143**
3301 N. Boardwalk Drive
P.O. Box 6569
Champaign, IL 61826-6569

Chris Butler, Business Manager

Chris Butler
Signature

# Indiana State Council of Plasterers and Cement Masons
# Health and Welfare Fund and Pension Fund

## ASSENT OF PARTICIPATION AGREEMENT

The undersigned Employer employing members of Local _____143_____ and other eligible employees, hereby agrees to accept, to be bound by, and to comply with the terms and provisions of the Collective Bargaining Agreement of this Local, requiring contributions to the Indiana State Council of Plasterers and Cement Masons Pension Fund (hereinafter, "Pension Fund"), and/or to the Indiana State Council of Plasterers and Cement Masons Health and Welfare Fund (hereinafter, "Health and Welfare Fund"), and the Agreement and Declaration of Trust establishing each of the respective Funds, as they have been amended and as they may hereafter be amended from time to time; provided, however, that the Employer further agrees that in the event it performs work outside the territorial jurisdiction of this Local, but within the craft jurisdiction and the respective geographic jurisdictions of any and all Local Unions whose collective bargaining agreements require the making of contributions on behalf of employees to this Pension Fund and/or Health and Welfare Fund, the employer shall continue to make said contributions to this Pension Fund and/or Health and Welfare Fund on the basis specified in the agreement of the Local having jurisdiction over such work in the particular area where the work is performed, without the necessity of the Employer actually signing such other agreement.

The Employer hereby accepts as his/its representatives, the present Employer Trustees of this Pension Fund and/or Health and Welfare Fund, and their successors in office from time to time.

A monthly report of hours worked, together with remittance of contributions, must be mailed to the respective Funds on or before the 10th day following the close of the month covered by the report. Failure to make the report and remittance in a timely fashion will result in the Employer being delinquent. Nine (9) days after the due date, liquidated damages of 10% of the total Health and Welfare and/or Pension contributions shall be assessed. Thirty (30) days after the due date, an additional 10% of the Health and Welfare and/or Pension contributions shall also be assessed; in no case will the liquidated damage be less than $25.00. The delinquent employer shall also be liable for interest on the unpaid contributions at the rate of 18% per annum, as well as all reasonable attorney fees, court costs, and other expenses mandated and allowed under state and federal laws.

Such contributions shall commence forthwith, if they have not already commenced, and shall continue for so long as this Employer is bound to observe the terms and conditions of the referenced Collective Bargaining Agreements, including all amendments, supplements, modifications, extensions, renewals, or successor agreements thereto.

The obligation hereby undertaken to make Pension and/or Health and Welfare contributions as required by the Collective Bargaining Agreements is not subject to the grievance and arbitration procedure, if any, provided in the Collective Bargaining Agreements.

This Agreement Accepted __16, April__ 20__21__

__Chuck's Excavating & Landscape Inc.__
Name of Employer

By __Charles McLean__
Authorized Officer

__President__
Title of Officer

__4519 Brubaker Rd SW__
Mailing Address of Employer

__Salem        IN        62881__
City        State        Zip

__26-1883539__
Federal I.D. No.

### BOARD(S) OF TRUSTEES

By _____

_____
Title of Officer

Date _____

8/88

# PARTICIPATION AGREEMENT
## CONSTRUCTION INDUSTRY WELFARE FUND
### OF CENTRAL ILLINOIS
### 34 EAST SPRINGFIELD AVENUE
### CHAMPAIGN, ILLINOIS 61820
**217-352-5269 phone   217-352-5297 fax**

THIS AGREEMENT is made and entered into on the ____ day of _____, 202_, by and between the undersigned Employer, Union and Fund.

WHEREAS, the Employer and Union have entered into a collective bargaining agreement which provides for coverage of eligible employees of the Employer by the Construction Industry Welfare Fund of Central Illinois (the Fund) so as to provide such health and welfare benefits to eligible employees, former employees and their dependents as the Fund provides from time to time;

NOW, THEREFORE, for and in consideration of the circumstances, covenants and considerations set forth in this document, the parties freely and voluntarily agree as follows:

1. The Employer agrees to be bound by, and hereby assents to, all the provisions of the Trust Agreement for the Construction Industry Welfare Fund of Central Illinois, as now and hereafter in effect (The Trust), the Plan of Benefits of the Construction Industry Welfare Fund of Central Illinois, as now and hereafter in effect (The Plan), and any rules or regulations adopted from time to time by or on behalf of the Board of Trustees under the Trust for purposes of administering the Plan or Trust.

2. The Employer hereby accepts as Employer Trustee those present Trustees of the Trust who have been appointed by or on behalf of the contributing employers in accordance with the Trust, and further agrees to accept such successor Trustees as shall hereafter be duly appointed by or on behalf of the contributing employers in accordance with applicable procedures set forth in the Trust.

3. This Participation Agreement shall continue in full force and effect through the last day for which the Employer is bound under any collective bargaining agreement to make contributions to the Fund.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly adopted and executed by their respective authorized representatives as of the day and year first stated above.

_Chuck's Excavating + Concrete_
(Employer Name)

_Charles McLean_
(Print Name of Owners/Partners)

_Charles McLean_
(Signature)

_4519 Brubaker Rd_
(Address)
_Salem IL 62881_

_Loc. 143_
(Union)

_Chris Butler_
(Business Representative Signature)

ACCEPTED by the Trustees of the Fund this _____ day of _____ year _____.

_____
Secretary of the Board of Trustees

Rev. date 10-19-07