UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:26-cv-00790-JMS-MG |
| CHUCKS EXCAVATING & LANDSCAPING INC foreign for-profit corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**MINUTE ENTRY FOR JULY 27, 2026**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Initial Pretrial Conference.   The Court will approve the Case Management Plan, by separate order, as submitted.

This matter is scheduled for a telephonic status conference on **Friday, October 2, 2026 at 3:00 p.m. (Eastern)** to discuss case status.   Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 8/3/2026

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.