**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) |
| | ) |
| Plaintiffs, | ) Case 1:26-cv-790-JMS-MG |
| | ) |
| v. | ) |
| | ) |
| CHUCK'S EXCAVATING & LANDSCAPING INC, an Illinois corporation, | ) ) ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

> Dismissal with prejudice acknowledged [15].
> JMS, DJ 8/4/26
> Distribution via ECF

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and among the parties, by counsel, that the above captioned matter be dismissed with prejudice for the audit period April 1, 2025 through May 31, 2026. Each side to bear their own attorney fees and costs.

| | |
|---|---|
| Donald D. Schwartz | Todd Miller |
| ARNOLD AND KADJAN, LLP | Allocco, Miller, & Cahill, P.C. |
| 35 E Wacker Dr, Ste 600 | 20 N. Wacker Drive Suite 3517 |
| Chicago, IL 60601 | Chicago, IL 60606 |
| Attorney for Plaintiffs | Attorney for Defendant |